UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CRAWLEY DAVID MCFADDEN,

        Plaintiff,                    Civil No. 96-73667

v.                                        Honorable Avern Cohn

SEARS, ROEBUCK & CO., et al,

        Defendants
_____/

## ORDER DENYING MOTION FOR RELIEF

Before the Court is the plaintiff's Motion for Relief. This matter was dismissed as frivolous on August 27, 1996. The plaintiff appealed to the Sixth Circuit Court of Appeals and the Court's decision was affirmed on September 25, 1997. There are no pending matters before the Court to grant any type of relief. Therefore,

    IT IS ORDERED that the motion is DENIED.


Dated: December 21, 2010        S/Avern Cohn
                                        AVERN COHN
                                        UNITED STATES DISTRICT JUDGE


I hereby certify that a copy of the foregoing document was mailed Crawley David McFadden, P.O. Box 27194, Detroit, MI 48227 on this date, December 21, 2010, by electronic and/or ordinary mail.

                                                              S/Julie Owens
                                                               Case Manager, (313) 234-5160